UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTORS
732-228-7400

Order Filed on May 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT AND CHRISTINE MACLEOD

Case No.: 18-25675

Chapter: 13

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Office of MaryBeth Schroeder_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____800.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____939_____ per month for _____27_____ months to allow for payment of the above fee.

*rev.8/1/15*