| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| MORTON & CRAIG, LLC |
| 110 Marter Avenue, Suite 301 |
| Moorestown, NJ 08057   (856)866-0100 |
| Attorney for : AmeriCredit Financial Services, Inc. |
| dba GM Financial |
| Our File No.: 48534 |
| JM-5630 |

**Order Filed on July 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert John MacLeod
Christine MacLeod

Case No.: 18-25675

Hearing Date: 

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 8, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of ___AmeriCredit Financial Services, Inc. dba GM Financial___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2010 Toyota Corolla
    Vehicle Identification Number
    2T1BU4EE1AC227438

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert John MacLeod  
Christine MacLeod  
    Debtors

Case No. 18-25675-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 09, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb       Robert John MacLeod,   Christine MacLeod,   47 Venice Dr,   Brick, NJ  08723-7603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
         Albert Russo   docs@russotrustee.com
         Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com
         John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Kevin Gordon McDonald   on behalf of Creditor   MTGLQ Investors, L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         MaryBeth Schroeder   on behalf of Joint Debtor Christine  MacLeod marybeth@schroedermb-law.com
         MaryBeth Schroeder   on behalf of Debtor Robert John MacLeod marybeth@schroedermb-law.com
         Steven P. Kelly   on behalf of Creditor   MTGLQ Investors, L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9