UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTORS
732-228-7400

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT AND CHRISTINE MACLEOD

Case Number: 18-25674

Hearing Date: 09/11/2019 AT 9

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*