UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTORS
732-228-7400

**Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
ROBERT AND CHRISTINE MACLEOD

| | |
|---|---|
| Case Number: | 18-25674 |
| Hearing Date: | 09/11/2019 AT 9 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*

United States Bankruptcy Court
District of New Jersey

In re:
Robert John MacLeod
Christine MacLeod
     Debtors

Case No. 18-25675-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2019
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.
db/jdb        Robert John MacLeod,    Christine MacLeod,    47 Venice Dr,    Brick, NJ    08723-7603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
            jschwartz@mesterschwartz.com
           John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
            Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
           Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
            bankruptcy@friedmanvartolo.com
           Kevin Gordon McDonald    on behalf of Creditor    US Bank Trust National Association as trustee of
            the Chalet Series IV Trust kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
           MaryBeth   Schroeder    on behalf of Joint Debtor Christine   MacLeod marybeth@schroedermb-law.com
           MaryBeth   Schroeder    on behalf of Debtor Robert John MacLeod marybeth@schroedermb-law.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 8