Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  18−25675−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Robert John MacLeod                                 Christine MacLeod
   47 Venice Dr                                                 47 Venice Dr
   Brick, NJ 08723−7603                              Brick, NJ 08723−7603

Social Security No.:
   xxx−xx−5331                                                  xxx−xx−1892

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/17/20 at 09:00 AM

to consider and act upon the following:

*62* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 2/24/2020. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 2/20/20

                                                                Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-25675-MBK
Robert John MacLeod                                                 Chapter 13
Christine MacLeod
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1             Date Rcvd: Feb 20, 2020
                              Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db              Robert John MacLeod,    47 Venice Dr,    Brick, NJ  08723-7603
jdb             Christine MacLeod,    47 Venice Dr,    Brick, NJ  08723-7603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank Trust National Association as trustee of
               the Chalet Series IV Trust kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MaryBeth    Schroeder    on behalf of Joint Debtor Christine    MacLeod marybeth@schroedermb-law.com
              MaryBeth    Schroeder    on behalf of Debtor Robert John MacLeod marybeth@schroedermb-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8