| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Robert John MacLeod<br>Christine MacLeod<br><br><br>Debtor(s) | Case No.: 18-25675 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Debbie Smith, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/1/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  10/1/2021                                                                                      /s/  Debbie Smith

                                                                                                                    Debbie Smith

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Robert John MacLeod<br>Christine MacLeod<br>47 Venice Dr<br>Brick, NJ   08723-7603 | Debtor(s) | Regular Mail |
| MARYBETH SCHROEDER<br>LAW OFFICES OF MARYBETH SCHROEDER<br>802 MAIN STREET, UNIT 2A<br>TOMS RIVER,  NJ   08753 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |