**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert John MacLeod<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5331<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Christine MacLeod<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1892<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–25675–MBK

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert John MacLeod                Christine MacLeod

9/22/22                **By the court:** Michael B. Kaplan
                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25675-MBK |
| Robert John MacLeod | Chapter 13 |
| Christine MacLeod | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert John MacLeod, Christine MacLeod, 47 Venice Dr, Brick, NJ 08723-7603 |
| cr | + | MTGLQ Investors, L.P., c/o Stern & Eisenberg PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | SN Servicing Corporation, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue - suite 160, Garden City, NY 11530-1631 |
| 517686249 | | Hackensak Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517686252 | | Newpennfin-shellpointm, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 517686253 | | Pluese Becker and Salzman, 20000 Horizon Way Ste 900, Mount Laurel, NJ 08054-4318 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Sep 23 2022 00:28:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 517702841 | | EDI: PHINAMERI.COM | Sep 23 2022 00:28:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 517686243 | | EDI: BANKAMER.COM | Sep 23 2022 00:28:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517686244 | | EDI: CAPONEAUTO.COM | Sep 23 2022 00:28:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517703834 | + | EDI: AISACG.COM | Sep 23 2022 00:28:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517694778 | + | EDI: AISACG.COM | Sep 23 2022 00:28:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517686245 | | EDI: CAPITALONE.COM | Sep 23 2022 00:28:00 | Capital One Bank USA N.A., Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517770858 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 20:45:59 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 18-25675-MBK    Doc 98    Filed 09/24/22    Entered 09/25/22 00:14:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 517686246 | | EDI: WFNNB.COM | Sep 23 2022 00:28:00 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 517686248 | | EDI: PHINAMERI.COM | Sep 23 2022 00:28:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517686250 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2022 20:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517803951 | | Email/Text: mtgbk@shellpointmtg.com | Sep 22 2022 20:47:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517749600 | | EDI: NAVIENTFKASMSERV.COM | Sep 23 2022 00:28:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517686251 | | EDI: NAVIENTFKASMSERV.COM | Sep 23 2022 00:28:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 517808240 | | EDI: PRA.COM | Sep 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (Usa), N.a., POB 41067, Norfolk VA 23541 |
| 517686254 | | EDI: PRA.COM | Sep 23 2022 00:28:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 517686255 | | Email/Text: bankruptcy@savit.com | Sep 22 2022 20:48:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517686256 | | Email/Text: clientservices@simonsagency.com | Sep 22 2022 20:48:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518315023 | ^ | MEBN | Sep 22 2022 20:38:23 | US Bank Trust NA, C/O SN Servicing Corp, 323 5th Street, Eureka, CA 95501, US Bank Trust NA, C/O SN Servicing Corp 95501-0305 |
| 518315022 | ^ | MEBN | Sep 22 2022 20:38:22 | US Bank Trust NA, C/O SN Servicing Corp, 323 5th Street, Eureka, CA 95501-0305 |
| 517686257 | | EDI: WFAUTO | Sep 23 2022 00:28:00 | Wells Fargo Dealer Svc, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517725187 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., DBA GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517686247 | ## | Genpsych PC, 981 US Highway 22, Bridgewater, NJ 08807-2946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor US Bank Trust National Association as trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor US Bank Trust National Association as trustee of the Chalet Series IV Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Joint Debtor Christine MacLeod marybeth@schroedermb-law.com |
| MaryBeth Schroeder | on behalf of Debtor Robert John MacLeod marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10